HARRY BRENNER, Appellant, *v.* SAMUEL STRASBOURGER et al., Doing Business as STRASBOURGER & SCHALLEK, Respondents.

Submitted June 10, 1940; decided June 14, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 609.)

HELEN S. ALLEN, Appellant, *v.* HUNGARIAN MOTHER'S CLUB, INC., Respondent.

Submitted June 12, 1940; decided June 14, 1940.

*Adolph M. Newman* for motion.

No one opposed.

Motion denied on the ground that this court has no jurisdiction to grant leave to appeal in an action started in an inferior court. (*Franklin Simon & Co.* v. *Pease & Elliman, Inc.*, 262 N. Y. 693; Civ. Prac. Act, § 589.)